EVERSHEDS SUTHERLAND (US) LLP
Lewis S. Weiner, ESQ.
  *lewisweiner@eversheds-sutherland.com*
Wilson Barmeyer, ESQ.
  *wilsonbarmeyer@eversheds-sutherland.com*
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: 202.383.0184
Facsimile: 202.637.3593
*Admission pro hac vice forthcoming*

SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
LOREN W. COE (State Bar No. 273124)
lwc@severson.com
SEVERSON & WERSON, A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone:  (949) 442-7110
Facsimile:   (949) 442-7118

*Attorneys for Defendant AFLAC, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OMEED TABIEI, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>AFLAC, INCORPORATED, and DOES 1 through 10, inclusive, and each of them.<br><br>  Defendant. | CASE No. 2:18-cv-7677<br><br>**NOTICE OF REMOVAL BY DEFENDANT AFLAC, INC. UNDER 28 U.S.C. § 1331 [FEDERAL QUESTION]**<br><br>[Filed concurrently with Civil Cover Sheet, Notice of Interested Parties and Corporate Disclosure Statement]<br><br>Complaint Filed: July 30, 2018 |

12900.0001/11365323.1

40881584.1

NOTICE OF REMOVAL BY DEFENDANT AFLAC, INC.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C §§ 1331, 1441, and 1446, Defendant, Aflac, Inc. ("AFLAC"), hereby removes this civil action from the Superior Court of California for the County of Los Angeles, where it is currently pending as Case No. BC715164, to the United States District Court for the Central District of California, Western Division.

## I.   THE STATE COURT ACTION

1.   On or about July 30, 2018, Plaintiff, Omeed Tabiei, filed a Class Action Complaint against AFLAC entitled *Omeed Tabiei, individually and on behalf of all others similarly situated v. Aflac, Inc., and DOES 1-10,* Case No. BC715164, in the Superior Court of California for the County of Los Angeles. ("State Court Action"). [1]

2.   Plaintiff's lawsuit arises from a dispute regarding AFLAC's contact of the Plaintiff via his cellular telephone in 2018. In the Complaint, Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 et seq., and related regulations, including the National Do-Not-Call provisions. Compl. at 1. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Complaint and available documents of the court file are attached hereto as **Exhibit A**.

## II.   REMOVAL IS TIMELY

3.   Plaintiff filed the Complaint in state court on July 30, 2018. AFLAC was served with a copy of the Complaint on August 3, 2018. The relevant statute provides that, "[e]ach defendant shall have 30 days after receipt…..of the initial pleading…to file the notice of removal." 28 U.S.C. § 1446(b)(2)(B). AFLAC's

---

[1] On June 11, 2018, Plaintiff filed the Class-Action Complaint in this Court (2:18-cv-05159). Plaintiff voluntarily dismissed the federal action, and re-filed in state court on July 30, 2018.

12900.0001/11365323.1

2

NOTICE OF REMOVAL BY DEFENDANT AFLAC, INC.

40881584.1

Notice of Removal is timely and within the thirty-day period permitted. Fed. R. Civ. P. 6(a).

## III. FEDERAL QUESTION JURISDICTION EXISTS UNDER 28 U.S.C § 1331

4. This action is removable to the instant Court because it originally could have been (and was) filed in this Court pursuant to 28 U.S.C. § 1441. The Complaint presents federal question as conferred by 28 U.S.C. § 1331.

5. In the Complaint, Plaintiff alleges four separate causes of action against AFLAC for willful and/or negligent violations of the Telephone Consumer Protection Act 47 U.S.C §§ 227 et seq. Compl. 9-11.

6. Federal question jurisdiction exists because the Complaint depends on the determination of a dispute between the parties and available legal or equitable remedies arising under federal law.

## IV. SATISFACTION OF 28 U.S.C §§ 1446 (a) and (d)

7. The United States District Court for the Central District of California is the proper venue for the removal. The Superior Court of California for the County of Los Angeles is located within the United States Court for the Central District of California. 28 U.S.C. § 84(c)(2)(listing counties with the Western Division of the Central District of California). Thus, venue is proper in this Court because it is the "district and division embracing the place where [the] action is pending." 28 U.S.C. § 1441(a).

8. In accordance with 28 U.S.C. § 1446(d), AFLAC will give written notice of the original removal to Plaintiff, via counsel, and file a Copy of that Notice with the Superior Court of California, County of Los Angeles.

/ / /

/ / /

/ / /

## V. CONCLUSION

Because this civil action presents a federal question pursuant to 28 U.S.C. § 1331, AFLAC respectfully requests that this Court exercise its removal jurisdiction over this action

DATED: September 4, 2018

SEVERSON & WERSON
A Professional Corporation

By: */s/ Scott J. Hyman*
SCOTT J. HYMAN
LOREN W. COE
Attorneys for Defendant
*AFLAC, Inc.*

EVERSHEDS SUTHERLAND (US) LLP
Lewis S. Weiner, ESQ.
 *lewisweiner@eversheds-sutherland.com*
Wilson Barmeyer, ESQ.
 *wilsonbarmeyer@eversheds-sutherland.com*
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: 202.383.0184
Facsimile: 202.637.3593
*Admission pro hac vice forthcoming*

12900.0001/11365323.1
4
NOTICE OF REMOVAL BY DEFENDANT AFLAC, INC.

40881584.1